IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHARLES HEWITT,**

        Petitioner,

v.

**THOMAS LILLARD,**

        Respondent.

Case No. 3:25-cv-00665-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on June 20, 2025 (Doc. 11), this action is **DISMISSED with prejudice**.

    **DATED:  June 20, 2025**

                                    MONICA A. STUMP,
                                    **Clerk of Court**

                                    **By:  s/ *Jackie Muckensturm***
                                           **Deputy Clerk**

    **APPROVED: s/ *Stephen P. McGlynn***
                     **STEPHEN P. McGLYNN**
                     **U.S. District Judge**